**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| VICTORIA D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:20-cv-00266-GZS |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On August 17, 2021, the United States Magistrate Judge filed with the Court his Report & Recommended Decision (ECF No. 20).  No objections have been filed.  Thus, this Recommended Decision is hereby **AFFIRMED**.

It is therefore **ORDERED** that the Commissioner's administrative decision is **AFFIRMED**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 1st day of September, 2021.